the Hon. Joseph W. Shulman, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1923. Affirmed. Opinion filed December 10, 1923.

Jacob Levy, for appellant. Mayer, Meyer, Austrian & Platt, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

**P. J. King, appellee, v. John Jursick, otherwise known as John Jurisch, appellant. Gen. No. 28,915.**

Failure to file complete record of case on expiration of extension of time granted. Appellee's motion for affirmance of judgment. Appeal from the Municipal Court of Chicago; the Hon. C. N. Hollerich, Judge, presiding. Heard in the second division of this court for the first district. Affirmed. Opinion filed December 15, 1923.

No appearance for appellant. No appearance for appellee.

Per Curiam.

---

**The People of the State of Illinois, defendant in error, v. Janie Rhodes, plaintiff in error. Gen. No. 26,992.**

Charge of stealing gas and receiving it knowing it to have been stolen. Judgment of guilty formerly affirmed (226 Ill. App. 633), on ground that there was no error in common-law record, bill of exceptions having been stricken out. Appeal to Supreme Court (308 Ill. 146), bill held improperly stricken, and judgment reversed and remanded to Appellate Court. Error to the Criminal Court of Cook county; the Hon. Charles M. Thomson, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Reversed. Opinion filed December 24, 1923.

S. A. T. Watkins, James E. White and Darrow, Sissman, Holly & Carlin, for plaintiff in error. Robert E. Crowe, State's Attorney, for defendant in error; Henry T. Chace, Jr., Edward E. Wilson and Clyde C. Fisher, Assistant State's Attorneys, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

**Loeb & Schoenfeld Company, appellee, v. S. I. Friedman, trading as Lyons Manufacturing Company of Chicago, appellant. Gen. No. 28,434.**

Suit for price of merchandise sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1923. Affirmed with damages. Opinion filed December 24, 1923.

Benjamin E. Cohen, for appellant. Rosenthal, Hamill & Wormser, for appellee; Charles H. Hamill and Herman L. Ellsworth, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

**City State Bank of Chicago, appellee, v. Hardinge Brothers, Inc., and Franklin Hardinge, appellants. Gen. No. 28,507.**

Suit on note alleged to have been sold and delivered before maturity for valuable consideration. Judgment for plaintiff on directed verdict. Appeal from the Municipal Court of Chicago; the Hon. Joel C. Fitch, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1923. Affirmed. Opin-